## Otto Pohl, Administrator of Estate of Evelyn Pohl, Deceased, Appellant, v. Adam Fazzi, Appellee.

### Gen. No. 9,454.

opinion filed August 3, 1939. Walker F. Hull, B. Jay Knight and John E. Goembel, for appellant; Frank E. Maynard, for appellee. Opinion by JUSTICE HUFFMAN. "Not to be published in full."